**From:** Zang, Jonathan [IMCEAEX-_O=FIDELITY_OU=NORTHEAST1_CN=RECIPIENTS_CN=A211390@uk.fid-intl.com]

**Sent:** Sunday, March 13, 2005 9:24 PM

**To:** Collins, Katherine; Zinny, Martin; Addison, Andrew; Baker, Gavin; Bartel, Chris; Berger, Susan; Burzumato, Andrew; Calderon, Ruben; Cardwell, Kelly; Carere, Harlan; Chai, Charlie; Cooper, Aaron; Creedon, Nora; Dibble, Mark; Esposito, Nicole; Feingold, Jeff; Friedholm, Valerie; Friedman, Matthew; Fruhan, Matthew; Harris, Lionel; Hatem, Andrew; Hebard, Charlie; Hermsdorf, Stephen; Hirsch, Peter; Jortner, Jill; Kennedy, Brian; Khan, Naved; Krenn, Adam; Lawrence, Heather; Lee, Christopher; Lee, Robert; Lempel, Brian; Leness, Kate; Lentz, Matthew; Lesser, Rayna; Liou, Jane; Mattingly, Lisa E.; Mehra, Anmol; Mitchell, Jeff; Morrow, James; Myers, Chuck; Persaud, Ramona; Peters, Sam; Peterson, Kelsey; Reddy, Gopal; Roth, John; Russo, James; Sabel, Matthew; Schneider, Michael; Shanley, William; Simmons, Douglas; Simnegar, Sammy; Stafford, Nicola; Strik, Nathan; Sweeney, Sharon; Tan, Ching; Taylor, Yolanda; Thayer, Phil; Timmer, Jurrien; Venanzi, Patrick; Wald, Sam; Weiss, Jed; Younger, Brian; Rosen, Anne; Chen, Catherine; Fanning, Susan; Haddock, Nell; Lin, Christopher; McCormick, Evan; McElligott, James; Miller, Uri; Mirshekari, John; Peck, Morgen; Piggott, Benjamin; Wymer, Steve; Allen, Tom; Antico, Paul; Arani, Ramin; Avery, John; Bertelson, Bob; Binder, Stephen; Bower, Bill; Buller, Steven; Calhoun, Steve; Catudal, James; Chow, Bob; Cohen, Tim; Danoff, Will; Dobkin, Penny; Doulton, Bettina; DuFour, Stephen M.; Fam, Bahaa; Feldman, Robert S; Fentin, Richard; Firestone, Karen; Haber, Bob; Habermann, Dick; Hanson, Brian; Harmon, Jamie; Heffernan, Tim; Hense, Thomas; Hernandez, Cesar E.; Herring, Bruce; Hetnarski, Adam; Hogan, Brian; Kalra, Sonu; Kaul, Rajiv; Kaye, Steve; Korhonen, Jorma UK; Lange, Harry; LeMieux, Maxime; Leviton, Harris; Lieberman, Kathy (Buck); Lober, Doug; Macdonald, Robert L.; Mace, Rick; Mangum, Charles; McCarey, Kevin; McDowell, John; Miller, Neal P.; Offen, Scott; O'Neil, Ford; Perkins, Shep; Petersen, Stephen; Porter, John; Quinton, Keith; Radlo, Alan; Rakers, Larry; Reed, Brenda (UK); Richardson, Kennedy; Salerny, Louis; Saperstone, Peter; Snider, Steven J.; Snyderman, Mark; St Clair, Forrest; Stansky, Robert; Thay, Victor; Tillinghast, Joel; Wonisch, Myra; Uhrig, Jennifer; Weiner, Jason; Johnson, Abby; Johnson, Edward C. 3d; Reynolds, Robert; Wilson, Ellen HR

**Subject:** WE SHOULD EACH TAKE A STAND TO SAVE FMR

\*   I've had conversations with many of you about the past, present and future of our department, and recognize there are many other conversions taking place. The urgency of our task began to crystallize for me a year ago when I reviewed my 1996 summer internship presentation, "Maximizing the Value of Fidelity Equity Research," and was startled to realize we have tolerated many of the same long-standing concerns for at least the past eight-and-a-half years.

\*   This is my attempt to contribute to the process currently underway. I have not minced my words because I believe that to do so would do us, our leaders, and our shareholders a disservice, and because I believe that we are where we are to a degree because we have failed to examine our path sufficiently in the past.

\*   I apologize in advance to those of you whom I may offend as that is the opposite of my intention, and ask that you devote some portion of that energy to increasing the diligence with which you are already working to improve our remarkable organization. To those of you for whom some portion of my words may ring true, I ask that you declare your beliefs to those of your leaders and colleagues to whom you have not done so already, so that they may benefit from your perspective and suggestions the way we have benefited, enormously, from theirs.

Contents:
1) We Should Each Take a Stand
2) Our Leadership Positions Should Last Longer than Our Analyst Rotations
3) Do We Have a Vision?
4) Do We Know Our Purpose?
5) We Have Assessed Ourselves Inaccurately to Gain False Comfort in Our Inaction
6) Dear Abby
7) Our Task Is Urgent
8) This Is My Stand: I Renounce the PM Survey
9) Suggestions for Redesigning FMR

<<STRATEGY_GEN_03_13_2005.doc>> <<PM Survey.pdf>>

Jonathan Zang
Fidelity Investments
82 Devonshire St, E34D
Boston, MA 02109
tel: 617-563-5930
fax: 617-476-6114

| General Research Note | STRATEGY |
|---|---|
| *March 13, 2005* | *ZANG, JONATHAN (8-563-5930)* |

## WILL BOB DYLAN'S ANTHEM BECOME OUR REQUIEM?
### *We Should Each Take a Stand to Save FMR*

*"...the dialogue, whether visible or not, has to be constructive."* --Abby Johnson, 2002

- I've had conversations with many of you about the past, present and future of our department, and recognize there are many other conversions taking place. The urgency of our task began to crystallize for me a year ago when I reviewed my 1996 summer internship presentation, "Maximizing the Value of Fidelity Equity Research," and was startled to realize we have tolerated many of the same long-standing concerns for at least the past eight-and-a-half years.
- This is my attempt to contribute to the process currently underway. I have not minced my words because I believe that to do so would do us, our leaders, and our shareholders a disservice, and because I believe that we are where we are to a degree because we have failed to examine our path sufficiently in the past.
- I apologize in advance to those of you whom I may offend as that is the opposite of my intention, and ask that you devote some portion of that energy to increasing the diligence with which you are already working to improve our remarkable organization. To those of you for whom some portion of my words may ring true, I ask that you declare your beliefs to those of your leaders and colleagues to whom you have not done so already, so that they may benefit from your perspective and suggestions the way we have benefited, enormously, from theirs.

> "The unexamined life is not worth living."
> —Socrates, 399 BCE

I believe that we have never before had as much opportunity to improve as we do now, and should seize this irreplaceable moment before it escapes, and before we return to the same familiar path.

Contents:
1) We Should Each Take a Stand
2) Our Leadership Positions Should Last Longer than Our Analyst Rotations
3) Do We Have a Vision?
4) Do We Know Our Purpose?
5) We Have Assessed Ourselves Inaccurately to Gain False Comfort in Our Inaction
6) Dear Abby
7) Our Task Is Urgent
8) This Is My Stand: I Renounce the PM Survey
9) Suggestions for Redesigning FMR

### 1) We Should Each Take a Stand

- I think that if one believes we face an urgent need to improve and can add constructively to the process, one should. If those of us who believe our organization is malfunctioning do not contribute, we are arguably at greater cause of our condition than those whom we believe to be empowered but who do not appear to us to act. Our leaders choose their course believing that it is right, while we who choose inaction choose it believing we are on a path towards failure.

- None of us as a child lay in bed at night between covers and sleep imagining that we would one day become someone who did not try to help when we believed that we could, or, imagining that we might one day accept a path towards failure to extract a few more years of gain to the detriment of those who may have arrived after us. Those of us with the perspective and experience to help correct our path and the resources to assume greater risk bear greater responsibility to attempt to utilize our capital to effect positive change.
- I believe that this is one of those rare, identifiable moments of greatest consequence when small contributions can have enormous impact. Unfortunately, I also think that there are already signs that the process underway is taking us down a familiar, fruitless path. I do not want to be the person I would become by choosing not to contribute now, and I would rather leave today after taking a stand than die a thousand more little deaths day by day. As always, I welcome your direct feedback, comments and suggestions.

## 2) Our Leadership Positions Should Last Longer than Our Analyst Rotations

- Why would an organization with as many resources as Fidelity maintain the same set of perceived impediments for so long? In part because we are successful and possess enormous opportunity, our success allows us to operate well below our potential for an extended time, the way a bright student might make passable grades paying attention in class, but completing little work beyond what is required. <u>We are successful by any standard, yet our performance and pace of improvement are still painful wastes of potential.</u>

### How to Sustain 40% Margins in a Regulated Industry

- When I asked LNCR's CEO whom he favored to replace the outgoing Medicare head last year, he said he didn't care who held the position, as long as the person in that role kept rotating every two years, because then Medicare would be unlikely to enact major home health care reforms that might harm LNCR's margins long-term.
- There have been at least 11 DOR's and Equity Heads during my tenure. I think that we are considering changes today in part because some of our current leaders' lengthening tenures in their positions are finally providing some continuity.
- <u>If PM's have routinely longed for longer analyst rotations, why have we not had managers in our important leadership roles who remain there substantially longer than an average analyst rotation? Why, even, have we not kept the best possible career or multi-year Equity Head and DOR's in these positions and empowered them to move our organization towards its long-term goals?</u>

> "In addition, we are changing the GE culture by changing career expectations. We expect our people to spend more time in a business or on a job. Our teams are both excited and apprehensive about these changes. Here's how I see it. In a big company, people can be seduced by breadth. You can imagine a career where you could do, literally, everything. But then you end up accomplishing nothing. We owe it to our talent to teach them how to lead and grow businesses. This requires knowledge and time. In each business, we are creating 20 to 30 'pillar' jobs. These are key customer-facing or change-oriented assignments where the duration should be at least four to five years. With this time horizon, a leader can make his or her own bets and live with the consequences."
> —*Jeff Immelt, Letter to Stakeholders, 2004 GE Annual Report*

## 3) Do We Have a Vision?

- An architect once taught me how to draw a straight line without a straight-edge: make a mark at the line's end-point and, starting at the beginning of the line, move your marker across the page while looking only at the end-point. The result is not only a very straight line compared to what one draws while focusing on the marker, but one which one can achieve with far less support.
- In addition to providing continuity that enables an accumulation of perspectives and insights and the ability to shepherd change, a leader defines and communicates a vision for the future. I wonder <u>how many of us know what are our department's goals, or what is its vision for the future.</u>
- I am more hopeful for our progress than I have ever been, but I am also concerned that we are traveling down a familiar path because we have failed to identify and resolve the structural impediments that have brought us to where we are and returned countless colleagues equally as capable to the same place again and again. We need our leaders to provide a vision that focuses our attention sufficiently ahead to enable us to examine our structural impediments, rather than merely the symptoms they engender.

### We Should Empower Our Ideas, Rather than Our Limitations

- I admire Bob Chow for determining his price targets on stocks without first checking to see where the stocks are trading. If we recognize the potential benefit of rotating analysts for a fresh perspective, we should similarly ignore our current circumstances when charting a course to effect change.

- I have found frustration in some conversations with colleagues because some have defined their solutions within the context of what seems feasible based on our current condition. <u>Our vision and goals must be independent of where we are today, if they are not to be self-limiting.</u>
- Casinos make more money that they would otherwise because people set limits for how much they are willing to lose, but do not set goals for when they will stop playing based on how much they might win. If our goal is still to be a best-in-class investment organization, we should be asking ourselves, "What do we want to build?" rather than, "What do we want to change?"

> "We choose to go to the moon...not because [it is] easy, but...because that goal will serve to organize and measure the best of our energies and skills...."
> —John Kennedy, 1962

- Great companies empower neither their considerations nor their present circumstances as determinants of their future.

## We Should Respect Our Leaders by Holding Them to a High Standard

- Are there differences between investing money in a stock and investing years in a company? For which of these is identifying with a vision more important? <u>Which of us would invest where the CEO did not regularly enunciate their vision and strategy, or present clear evaluation metrics?</u>
- When we evaluate industries, people, or companies, progress matters more than speed: inflection points often drive powerful changes in valuation well before the pace of change accelerates meaningfully.

> DOR GOALS
>
> * CLEARLY ARTICULATE RESEARCH GOALS & PLANS
> * LEVERAGE FIDELITY ASSETS FOR BETTER RESEARCH
> * MENTOR ANALYSTS
> * LEAD RESEARCH PROCESS
> * EFFECTIVELY MEASURE ANALYST PERFORMANCE
> * STREAMLINE COMMUNICATIONS MECHANISMS
> * SHOWCASE BEST RESEARCH
> * RECRUIT BEST PEOPLE
> * CONTINUE TO IMPROVE TRAINING/RESOURCES
> * ENSURE PROFESSIONAL AND ETHICAL BEHAVIOR
>
> Research Review, 11/02

> DOR GOALS
> 1. Clearly Articulate Research Goals & Plans
> 2. Leverage Fidelity Assets for Better Research
> 3. Mentor Analysts
> 4. Lead Research Process
> 5. Effectively Measure Analyst Performance
> 6. Streamline Communications Mechanisms
> 7. Showcase Best Research
> 8. Recruit Best People
> 9. Continue to Improve Training/Resources
> 10. Ensure Professional and Ethical Behavior
>
> Research Department Review, 12/03

- <u>Defining and communicating our vision is more important than our timeframe for achieving it, because the act of defining it is the most important step to reaching it. Much of our current frustration derives from our lack of a unifying vision, which leaves us with no end in sight to our present condition.</u>

> "The Red Cross said publicly 13 months ago that the system of keeping detainees indefinitely without allowing them to know their fates was unacceptable and would lead to mental health problems."
> —The New York Times, 11/30/04

- Public companies and mutual funds each seek to differentiate investors from speculators. Our leaders' reluctance to communicate our vision will lead over time to Fidelity self-selecting speculators.
- Does it make sense that some of our most important functions are part-time positions? The roles of Equity Head and PM should both be full-time positions.
- We should hold our CEO, division heads, and DOR's to the same or higher standards as we hold their counterparts in the public companies in which we invest, and should respect our leaders enough to believe that they expect nothing less.

## 4) Do We Know Our Purpose?

### Is Our Purpose to Have a Business Model?

- <u>Our current system is a relic that institutionalizes incentives to provide information to PM's as quickly as possible, but fails to reflect the changes since Peter Lynch's method of overturning the most rocks was sufficient to sustain an advantage for a large investment organization.</u> Peter's statement concerning turning over the most rocks reflects a belief that information is a store of value and obtaining the most information will produce the most value. Information has progressed beyond being a commodity to the point where most

> **MEASUREMENT, REWARDS FOR PERFORMANCE, ADVANCEMENT OPPORTUNITIES**   *Research Department Review, 12/03*
>
> *Why is this our business model and how do we know it is the best model for shareholders?*
>
> - **MEASUREMENT:**
>   - BASIC PREMISE – balance of qualitative and quantitative, with pm input as the most important variable (consistent with our business model)
>   - BASIC PRINCIPLES – needs to be fair, thorough, consistent

marginal information today is a detriment because the time needed to collect and process it often leaves time for little else. Our department is a microcosm of this phenomenon.

- I think the value of information today derives less from obtaining it than from knowing how to differentiate between important and unimportant pieces of it, the latter of which vastly outnumber the former, and from learning over time how to form connections across disparate pieces of information to transform them into knowledge.
- <u>When PM's vote for analysts in much the same way they vote for the Street, it should not surprise us that each resource provides similar information that is often undifferentiable in value.</u> If our "basic premise" is to remain "consistent with [this] business model," rather than measure and reward what may actually yield value for shareholders, we are likely to remain closely wed to consensus.

### Is Our Purpose to Accept and Institutionalize a Belief that Analysts' Positions are Inferior?

- Our analysts and PM's are separate and unequal. This separation runs deep, and harms us and our shareholders: during the seven-and-a-half years of my tenure, we have segregated between PM's and analysts all inward-looking meetings examining departmental concerns.

> QUESTIONS AROUND GROWTH & SIZE:
> o Have we seen dis-economies of scale? Communication, narrowness of analyst assignments, perception of bottlenecks to advancement ("too many of them")
>
> *Research Department Review, 12/03*

- Why do our leaders advance the belief that the definition of advancement is becoming a diversified PM? Why do we condition ourselves to accept the idea that analysts are "stuck" in their jobs and that the analyst's position is inherently undesirable? We have consistently avoided discussing what may actually cause discontent.
- <u>The analyst's job is an outstanding position that we disparagingly recharacterize by virtue of the conditions we choose to place around the position that are themselves objectionable.</u> I enjoy being an analyst. I did not want to rotate my research coverage. And I do not want to be a diversified PM at Fidelity any time soon. And what is more remarkable than that I am still here, is that there are many other analysts to whom I have spoken, some of whom have not yet left Fidelity, who would feel similarly if not for our current hierarchical system.

> - We are now up from the very low 8 month average tenure at this time last year, without having analysts "stuck" extra-long on their coverage – many ways to continue to manage this:
>   ⓐ More layering of assignments
>   ⓑ Reuniting fragmented assignments
>   ⓒ Natural benefit from lower growth in people in recent years and going forward
>
> *Research Department Review, 12/03*

### Is Our Purpose to Grow Our Number of Portfolio Managers?



Research Department Review, 12/03 & Research Review 12/02

- "Promoting" more analysts or "promoting" analysts faster will not solve our problems; in fact, it will make them worse by making the jobs of the remaining analysts more difficult, which in turn further diminishes the value of our research.
- We must break out of this vicious cycle and away from the mindset that the transition from a Select fund manager to a diversified fund manager is a promotion. In a bottoms-up shop, one could even argue the reverse.
- If analysts are not at least equal in their responsibility to generate returns for shareholders, PM's would not stir when an analyst is unavailable during an unexpected event affecting one of the companies that a PM owns. Moreover, if FMR is still a "bottoms-up" shop in practice rather than in name only, why do we not have analysts managing larger pools of money...as I am told we once did, when the distinctions that separate us were not as severe?

### Is Our Purpose to Increase Market Share?

- Companies with outstanding performance do not regularly need to argue for higher multiples. Rightly or wrongly, assets follow returns, and, depending on one's view, the market is either largely efficient or inefficient in this regard.
- Without a single advertisement, sales of the Select Medical Delivery fund quadrupled the size of the fund after valuations for managed care stocks expanded following last year's Presidential election, boosting the fund's return.
- We are fortunate to possess a breadth of fund offerings that leads many outside Fidelity to market our funds for us on our behalf. If anything, our marketing expenses should be lower than those of our peers, rather than higher.

We receive updates on our market share during at least 12 department meetings a year, but seem unwilling or unable to provide a forum even once a year to discuss the important tenets of our vision and our progress implementing them.

<u>If we have great returns and maintain our favorable corporate reputation, market share will follow. Market share should be our result, rather than our goal.</u>

> "[In 2005, our] goal is to gain market share within all market classes"
>
> --Abby Johnson, Management Update, FMR Co
> Pre-Directors Meeting, 12/14/04



### Is Our Purpose to Ensure that We Get Our Best Ideas into Our Largest Funds?

The billions of dollars in our Select funds are no less important to our shareholders than the hundreds of billions of dollars in our other funds. We have deemphasized the importance of our Select funds only as a way to compensate for the inefficiencies and backward incentives that have become our current structure. <u>We have debased our expectations for our PM's to such an extent that we now prioritize pleasing them over generating returns for shareholders.</u>

Fidelity's interests and those of our shareholders in our largest funds are perfectly aligned with the goal of generating the best possible returns in our Select funds, consistent with the Select funds' original, primary purpose, because if that were to happen, our diversified funds would have to follow. If this is already our goal, we should align this goal with our incentives in a way that withstands public scrutiny, without relying on disclosures our attorneys may deem "technically correct," but which portray inaccurately the relative importance of compensation drivers.

> Each sector fund manager's base salary is determined primarily by level of responsibility and performance as a research analyst and sector fund manager at FMR or its affiliates. A substantial portion of each sector fund manager's bonus relates to his or her performance as a research analyst and is based on portfolio manager survey-based ratings that relate to analytical work and investment results within the relevant sector(s) and impact on other equity funds and accounts as a research analyst. Each sector fund manager's bonus is based on several components over a one-year period for research performance, and over a one-year period (and, if longer than one year, an additional period relating to tenure on the Select fund) for Select fund performance. Additional components of each sector fund manager's bonus are based on (i) the pre-tax investment performance of the Select fund relative to the S&P 500 Index, a Goldman Sachs sector index (identified below for each Select fund above) and additional industry benchmark indices developed by FMR, if applicable, and (ii) the investment performance of a broad range of FMR equity funds and accounts. The Director of Research may also take into consideration the performance of the Select fund relative to sector peer groups of funds, if relevant. Another component of the bonus is determined by the Director of Research based on the sector fund manager's contributions to the research groups. Each sector fund manager also is compensated under equity-based compensation plans linked to increases or decreases in the net asset value of the stock of FMR Corp., FMR's parent company. FMR Corp. is a diverse financial services company engaged in various activities that include fund management, brokerage, and employer administrative services.
>
> *Fidelity Select Portfolios Prospectus, 2/18/05*

### *We Have Assessed Ourselves Inaccurately to Gain False Comfort in Our Inaction*

Because we have lacked empowered leadership, it has been easier for us to assess ourselves inaccurately than acknowledge our condition and confront our urgent need to improve. A highly empowered DOR who does not report to PM's should use subjective measures as one input alongside accurate and objective performance metrics. We have, instead, allowed our institutional bias against analysts to influence our interpretation of inaccurate performance metrics, enabling us to ignore the distinction between generating

> o KEY TAKEAWAYS:
> - GOOD CHECKS AND BALANCES, YET RARELY SEE LARGE OR SUSTAINED INCONSISTENCIES AMONG THE MAJOR INPUTS.
> - Top 10 in metrics have average pm scores about 1 standard deviation over median; bottom 10 are about the same amount below median.
> - ALIGNED WITH WHAT BENEFITS OUR SHAREHOLDERS.
> - EXCEPTIONALLY THOROUGH.
>
> 12/03

Without an adjustment for industry volatility, the PM survey may identify successfully the tails of the distribution of analysts, but we need to be right more than 20% to 30% of the time. It is easy, for example, for a college admissions officer to recognize potential in a child of immigrants who would be the first in his family to attend college, but differentiating among advantaged applicants with strong test scores requires greater skill. We must not judge any system a success because of its ability to discern outliers, any more than we should congratulate an admissions officer for admitting an applicant who will inevitably appear in a fundraising appeal in the college's alumni magazine.

To assume that the PM survey successfully differentiates the majority of analysts does our shareholders and ourselves a disservice: for our self-assessment to be authentic, we need to evaluate our performance using measures

> - TURNOVER OF PEOPLE since 1995:
>   - For analysts:
>     - Due to departures has ranged from 7% (1998) to 15% (1997)
>     - Due to promotions to pm has varied from 6% (1998) to 17% (1997 and 1998)
>     - For analyst departures, performance prior to departures has consistently been significantly below department median levels.
>
> *Research Department Review, 12/03*

that do not themselves influence what we are trying to measure. Moreover, we now have evidence that the PM survey harms shareholders (see below). [For those who are interested, analyst turnover in 2004 was 35%, or 18 analysts: 28% due to departures (14% to positions outside Fidelity and 14% to positions within Fidelity), and 6% due to "promotions" to PM.]

Every other chart in the "Research Department Review" perpetrated inaccuracies in their interpretations of research metrics. Research value-added has declined, but it is nearly impossible to derive useful insight from our existing metrics as to why, and we should be loathe to believe that we can merely tweak them to reinvent ourselves or obtain more useful insights into our performance. *(I would be happy to provide additional details concerning inaccuracies in our prior self assessments to those who are interested.)*

*Metrics taskforce:* I've heard from a number of people on the metrics taskforce that their mandate is more limited that they originally believed, and that their recommendations may or may not be implemented.

> TASK FORCE ON ANALYST METRICS REVISIONS
> February 2005
>
> QUESTIONS TO CONSIDER:
> 1. other views of stockpicking performance?
> 2. metrics all still based on stock ratings 1-5?
> 3. detailed questions -- composition of "custom universes", timeframe for active ratings, handling coverage transitions, cumulative vs. single-period emphasis, etc.
>
> *Departmental email regarding analyst metrics task force, 2/15/05*

If our desire to improve is genuine, we should set our goals for improvement without regard to our current limitations. If we do not, we are empowering our current limitations to become our future limitations, and are unlikely to improve more over the next eight years than we have over the past eight years.

## Would You Continue Participating in the PM Survey if You Knew it Harmed Our Shareholders?

If you could fill the research department with either of two groups of analysts, which would you choose: 1) those who consistently receive 2's from every PM, or 2) those who consistently receive 1's from half the PM's and a mix of 3's and 4's from the others?

This is not a hypothetical question. In the above example, the PM survey would consistently rate the second group of analysts below-average, the DOR's would counsel them to improve, and they would receive lower salaries, bonuses, and share awards as a result. They would also on average receive "less important" research assignments. Every PM to whom I've asked this question said they would choose the second group of analysts to help them make money for shareholders. If we want to retain the analysts in option 2, why do we use a system that weeds them out?

What is the difference between a survey that penalizes the latter group of analysts for being "below-average," and restricting Neal Miller to

> "In order to be irreplaceable, one must always be different."
> --Coco Chanel

only those subscriptions that at least half of his PM colleagues also read? Or, if our PM survey is effective at deciding which tools PM's may use to construct their portfolios, should we also inform Joel that he may only own stocks that at least three other small-cap PM's at FMR agree to hold in their funds?

*Consensus In, Consensus Out:* We are each devoting a significant portion of our careers to an industry where, net of fees, consensus thinking does not add value over time. If we each embarked on this path driven in part by the essential belief that we could excel versus consensus, why do we sustain structural drivers that unyieldingly conform

> "When all think alike, no one thinks very much." -- Lippman
>
> *Research Department Review, 12/03*

us to consensus? The PM survey succeeds in providing incentives to disseminate information as quickly and in as many forms as possible, but this has not been the way to win this game for a very long time.

I do not know how typical my PM surveys may be, but can point to my own experience to exemplify how frustrating our current system is, and how it harms shareholders. In my Fall 2004 evaluation alone, there were four separate areas where PM's provided distinctly opposite feedback concerning my professional skills:

| WHAT THE ANALYST DOES WELL | WHAT THE ANALYST CAN IMPROVE |
|---|---|
| **Analysis and Communication** | |
| Jonathan provides a well thought out investment thesis and does an excellent job of communicating his ideas.... | |
| Jonathan's views...are well thought out....He has also been extremely responsive and good at walking through complicated issues.... | I don't need all the details - which are the critical ones? |
| Strong analysis and communication. | Focus on 2 big points; be less nuanced. |
| **Conviction** | |
| Has conviction in his recommendations, sticks with them even when there is controversy and has non-consensus earnings estimates. | Keep an open mind. |
| Really appreciate the discussions I have with Jonathan, and that he takes strong stances on his stocks and his industry. | Keeping open to different investment styles. |
| He takes a stand. Thank you. | Jon is not afraid to take a controversial position on a stock, but I have found him to be somewhat dismissive of dissenting views. |
| Willing to pound the table. | |
| Great conviction.... | |
| Like the intensity and the independent analysis.... | |
| Clear where he stands. | |
| **Making Money** | |
| Jonathan has made me money on stock selection. | A lot of ratings changes in the period. The numbers were very weak.... |
| Money maker!! | |
| **Leveraging Ideas Across Sector** | |
| Your peers particularly your teammates on the healthcare team appreciate your willingness to talk about issues in your sector and those affecting other groups. They note your company and industry work as being detailed and thorough. [DOR Assessment] | Needs to work more closely with the other health care team members to work through which parts of health care are going to be the most subject to risk from the adoption of HSAs. |

*Portfolio Manager Survey, Fall 2004*

PM's who believe that non-consensus views can add value need to recognize that our structure discourages this. In the year-and-a-half before the last PM survey, I genuinely worked as hard as I was able to "get my best ideas into the funds" of every PM, without regard for the strength or lack thereof of our relationship. I know that our system does not work because, despite my authentic best effort, some PM's were still unaware of, or did not have enough time to investigate, the value I was attempting to build with them.

| Fall 2004 PM Survey | |
|---|---|
| PM weighted overall rating: | 2.30 |
| Median: | 2.05 |

**Cap Weighted Results for the 1-Year Period from 9/30/2003 to 9/30/2004** (Performance Measured in USD)

Stocks vs. S&P 500 Tot Return    The cumulative total return of the S&P 500 Tot Return during this period was 13.87%

**ANG, JONATHAN**

Number of Companies Actively Rated During this Period (with Caps and Returns found in FAME): 18

| Rtg | # Secs at Rtg | # Rtg Periods at Rtg | Days at Rtg as Pct of Total Days in Entire Portfolio | Cap at Rtg as Pct of Total Cap in Entire Portfolio | Computed Perf of Portfolio Over Period | Computed Perf of Index Over Period | Rel Rtn (Portfolio Minus Index) | Pct of Trading Days Used In Period | Rtg Accuracy |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 6 | 9.04% | 26.75% | 40.77% | 13.87% | 26.90% | 100.00% | 83.33% |
| 2 | 20 | 31 | 45.17% | 28.96% | 17.58% | 13.87% | 3.70% | 100.00% | 54.84% |
| 3 | 7 | 11 | 12.28% | 15.33% | 11.75% | 8.70% | 3.05% | 83.61% | |
| 4 | 18 | 26 | 29.81% | 28.07% | 11.20% | 13.87% | -2.67% | 100.00% | 42.31% |
| 5 | 1 | 3 | 3.71% | 0.89% | -40.76% | 16.41% | -57.17% | 80.33% | 66.67% |
| SUMMARY | 51 | 77 | 100.00% | 100.00% | 28.24% | 13.87% | 14.37% | | 53.03% |
| | (3's Included) | (3's Included) | (3's Included) | (3's are EXCLUDED from the 3 calculations above) | | | | | (3's EXCLUDED) |

Metrics (Includes Analysts and Associates; Few People Excluded; If <4 People in Grp, Statistics Do Not Appear)

**VALUE ADDED OVER PERIOD (Note 1): 14.37%**

| Value Added | | Rtg Accuracy | |
|---|---|---|---|
| 1 | 40.15% | 1st | 68.97% |
| 2 | 21.90% | 2nd | 65.75% |
| 3 | 18.07% | 3rd | 62.16% |
| Mean | 1.11% | Mean | 50.26% |
| Median | 2.51% | Median | 51.34% |

Absolute Rtn of Buy Portfolio (with 50% Premium for Rtg of 1)  34.72%
Absolute Rtn of Sell Portfolio (with 50% Premium for Rtg of 5)   6.98%
Avg Cap Weight in Buy/Sell Portfolio:   Buys 65.80%  Sells 34.20%

Our PM's are not at fault for my "below-average" evaluation on the PM survey any more than I am to blame for the inability of some of our funds to capture value from my research in 2003 and 2004. We and our shareholders are instead victims of the structural inertia that is born from our long-term lack of empowered leadership. We have failed to assess adequately our condition in the past, have become too accustomed to its failings as a result, and have lacked an empowered leader to focus our attention on the end-point we want to achieve.

Should you want to console yourself that my experience must be unique, please first reconsider a slightly different form of an earlier question: which group of analysts would you as a portfolio manager rather have helping you make money for your shareholders: 1) a group of analysts who do well on the PM survey, or 2) a group of analysts who add value in ten out of ten sectors of the market? Unfortunately, this too is not a hypothetical question. We have already made our decision, and our choice was option 1.

### Can We Learn from the Shame of Institutional Equity Group (IEG) Recruiting?

IEG recruited sector analysts from the Equities Department in January 2004. Its pitch was that it was targeting research analysts with above-average quantitative or Select fund records and below-average PM survey scores, and that IEG would only care about stockpicking results. I and the other analysts with whom I've spoken that IEG targeted all heard the same pitch.

We and the shareholders of our diversified funds will never know what impact IEG's "raid" may have had last year and might have in the future, but we can, thankfully, clearly see the impact on IEG's institutional accounts. In its first year, IEG's sector-neutral S&P 500 product outperformed in ten out of ten sectors. As shown below, total return in a typical account during the one-year period ending February 28, 2005 was 16.53%, versus 6.97% for the S&P 500.

| 03/04/2005 14:23:16 | Attribution Summary (MSCI/S&P Sector) | | | | | | | | Page 1 v5.0 |
|---|---|---|---|---|---|---|---|---|---|
| | Benchmark: S&P 500 Index<br>Mar 1, 2004 to Feb 28, 2005<br>Actual View | | | | | | | | |
| | Average Weight (actual) | | | Cumulative Return$^2$ | | | Contribution to Relative Return$^{3,5}$ | | |
| Market | Fund | Benchmark | Relative | Fund | Benchmark | Relative | Security Selection | Market Selection | Total (actual) |
| Information Technology | 16.08 % | 16.27 % | -0.19 % | 7.80 % | -2.95 % | 10.75 % | 170 BP | 12 BP | 182 BP |
| Energy | 6.71 % | 6.92 % | -0.21 % | 78.66 % | 51.57 % | 27.09 % | 138 BP | -2 BP | 136 BP |
| Health Care | 13.12 % | 13.19 % | -0.07 % | 5.31 % | -1.94 % | 7.25 % | 51 BP | 57 BP | 108 BP |
| Financials | 20.22 % | 20.69 % | -0.46 % | 6.54 % | 1.88 % | 4.66 % | 86 BP | 19 BP | 104 BP |
| Consumer Staples | 10.87 % | 11.02 % | -0.15 % | 12.36 % | 3.50 % | 8.85 % | 104 BP | -4 BP | 100 BP |
| Industrials | 11.05 % | 11.39 % | -0.33 % | 23.16 % | 15.40 % | 7.76 % | 80 BP | -5 BP | 75 BP |
| Telecommunication Services | 3.44 % | 3.46 % | -0.02 % | 26.22 % | 5.44 % | 20.78 % | 75 BP | -1 BP | 74 BP |
| Utilities | 2.87 % | 2.84 % | 0.03 % | 54.33 % | 24.18 % | 30.15 % | 71 BP | 1 BP | 72 BP |
| Materials | 3.18 % | 2.99 % | 0.18 % | 34.36 % | 18.18 % | 16.18 % | 55 BP | 10 BP | 65 BP |
| Consumer Discretionary | 10.95 % | 11.22 % | -0.27 % | 11.43 % | 6.67 % | 4.76 % | -8 BP | 62 BP | 54 BP |
| Total Primary Assets | 98.50 % | 100.00 % | -1.50 % | 16.86 % | 6.97 % | | 821 BP | 149 BP | 970 BP |
| Cash | 1.50 % | 0.00 % | 1.50 % | 0.97 % | 0.00 % | 0.97 % | | | -16 BP |
| Other Investments | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | | | | 1 BP |
| Expenses/other | | | | | | | | | -0 BP |
| Total | 100.00 % | 100.00 % | 0.00 % | 16.53 % | 6.97 % | | | | 956 BP |

Reporting Currency: US Dollar

Published Fund Return$^4$: 16.53
Published Benchmark Return$^4$: 6.98

$^1$Average Weights are scaled-up by fraction of primary assets to equal 100%
$^2$Cumulative Time-weighted Return
$^3$Contributions are based upon rescaled average weights
$^4$Published returns are stated by the Performance & Data Policy Group
$^5$Contributions are calculated at MSCI/S&P Group level.

The ultimate irony is that IEG only approached analysts whom the DOR granted permission to recruit, per IEG. The deciding factor for the Equity Department, presumably, was our below-average PM survey scores, whereas the deciding factor for IEG was demonstrated stockpicking ability during our careers at Fidelity. If we say we want option 2, why do we repeatedly choose option 1, and which better aligns with shareholder value? We have "succeeded" between Fall 2003 and Fall 2004 in improving the average PM survey score from 2.25 to 2.05. I suspect this would be of little solace, however, to our shareholders.

It should not be a mystery why we have so few 1's and 5's, "too many" 2's, and earnings estimates on average that closely follow consensus. This is a natural outgrowth of our PM survey and our current incentive structure. Analysts for whom there is not a consensus view on the PM survey receive smaller bonuses, salary increases, and share awards that those for whom there is a consensus view. Analysts who do not leave FMR, and who survive and are "promoted" to PM, do so by pleasing every PM to the greatest extent possible. If a politician wants to pass a controversial bill, a politician moves towards consensus.

I have been told in nearly every review I've had that many PM's admire my high conviction on some stocks as a valuable trait, but that some PM's regard me as not sufficiently open-minded. How many men are there who are both strong and sensitive, kind and charismatic, successful professionally yet home at 5:00 p.m. and on weekends, and athletic and book-smart, let alone unmarried? And how many of their analyst-equivalents can we realistically expect to find and retain as research analysts? And, if this is our standard for research analysts, is this our standard for PM's?

Finding analysts who can successfully please the vast majority of PM's is not nearly as difficult as finding analysts who can do this while persistently remaining sufficiently independent of consensus thinking to make money with their research over the long-term. If we retain the PM survey in its current implementation, we should acknowledge that we prefer pleasing the consensus to thinking independently, and should resign ourselves to having "too many" 2's and very few 1's and 5's.

| Department Turnover Since January 2004 | |
|---|---|
| Analysts (including 4 "promotions" and 1 DOR) | 21 |
| Portfolio managers | 1 |

Our research on average follows the consensus because we run our department by consensus. Our treatment of analysts is no different than our lack of long-term, empowered leadership in the DOR and Equity Head positions; it is why research falls under PM's, and why historically it has been difficult to discern if PM's fall under someone who is empowered. We should recruit disinterested professional leaders and empower them to break us free from our obligatory consensus condition.

If you were forced to choose between: 1) our current hierarchical system, or 2) having more 1's and 5's, fewer 2's, and more divergent earnings estimates, which would you choose? I believe that this is in fact our choice. Will we only think or say option 2 while continuing to choose option 1? Or will we actually choose and adopt option 2? There is no mystery here, other than why an organization as great as ours consistently chooses option 1, despite knowledge of its harm. And this is more tragedy than mystery.

### Dear Abby

How can I urge others to share their thoughts if I am unwilling to do so myself? I have limited direct experience with you, but I have had enough conversations with PM's, analysts and others who believe that to debottleneck our progress we must make progress with you, that I now share this belief.

I reluctantly place your name in print because I share with many others concerns about the longevity and severity of our condition. Additionally, I believe that anyone in your position would want to receive this notice if its author believed it might help direct us towards further improvement. I regret the mutual temporary embarrassment this may cause, but accept this risk hoping to support others in their willingness to express similar concerns, and believing that beyond our personal discomfort we might accelerate our progress. (Or, if our current condition is a conscious, proactive choice, my hope is that we may discern this so as to choose either to make peace with our direction, or direct our careers accordingly.)

My request of you is disarmingly simple: though some may disagree with my method, please ask the future leaders of your company, with whom you may or may not be regularly conferring today, for their opinions of the substance of these concerns, and our current condition and direction.

> "CEOs cannot delegate growth or customer satisfaction. I try to spend at least five days each month with customers or being otherwise involved in the selling process....And twice each month I do 'town hall meetings' with several hundred customers to share ideas on the direction of GE and listen to their thoughts on what we can do better."
> —Jeff Immelt, Letter to Stakeholders, 2004 GE Annual Report

Should you take offense to my request, please appreciate that I choose my actions out of a desire to confirm your awareness of what I believe is our path. Should you discount what I raise, I can only ask that you ask those whom you have not asked before, and actively seek dissenting opinions, so that you may increase your conviction in our path if you do not hear anything that you have not considered before. When my recommendation of acute care hospital stocks began to go against me on October 28, 2002, my hubris was too strong for me to listen sufficiently to those with whom I disagreed, and we suffered the consequences. This was an important lesson, because when I next found myself with a similar level of conviction, instead of turning away from those whose opinions were different from my own, I actively sought them out, and did in fact redouble my conviction in my recommendation as a result, and our shareholders benefited significantly.

To my colleagues, I ask that if you share a concern that those with the ability to empower improvement may not recognize the extent of reinvention we must undertake, the urgency with which we must define our vision, and the need to communicate this clearly and broadly to those who collectively must effect it and stand behind it, please say so candidly when someone else with the power to effect change asks you for your opinion; and if no one asks you, please listen and reply to that as well.

If you are one of the many who wonders if Abby is "too insulated" behind those who may not recognize the severity of our condition or who may themselves be so insulated, please let her and them know. If you are one of a few who at times "hope" for our condition to "worsen" because you so admire our company that you would rather endure upheaval to survive strengthened than witness us slowly become unrecognizable, please tell her. If we don't, we are more culpable.

## Our Task Is Urgent

I know from personal experience the urgency of our task. Many considered me uncooperative for years but tolerated me because I added value more often than not, but when my "Buy" on hospitals failed, my own valuation cratered faster than a high-yielding stock that cuts its dividend.

> "[We] want to think about what's important, but have to deal with what's urgent."
> —Abby Johnson, Management Update, FMR Co Pre-Directors Meeting, 12/14/04

We must ask ourselves to what extent our retail asset flows are due to our performance, or because investors are partial to our web site and connect with our advertising, or because we are a convenient, known safe-haven among peers with deteriorating reputations. And we should consider what will happen to our assets under management if we are drawn further into industry scandals, and whether our marketing or our web site would then make a difference. Our primary dividend now is our reputation, but <u>as a collection of thousands of individuals amid a tightening regulatory environment, we may be no more than one or two conditional probabilities away from the catastrophic loss caused by a frozen O-ring.</u>

> AG Riley to Fidelity: Return Fees for Veiled Index Funds
> —Boston Herald, xx/xx/05?

> Fidelity Dismisses Itself As 401(k) Investment Manager
> —The New York Times, xx/xx/05?

In an environment where settlements routinely arise after following the law, and standards may be redefined retroactively, to what extent will the difference between actual and apparent matter to our shareholders if our reputation slips further, and, after witnessing the consequences elsewhere in the industry, to what degree are we willing to rely on the answer by minimizing or delaying our re-engineering? We have already disciplined 40% of our equity trading professionals. We should be asking ourselves, how lucky do we feel from here?

IEG began only a year ago organized around a unifying goal, recruited strong analysts, and already has outstanding results. Our department during this same time "widened the gap vs. our competition" as we proposed, but not in the way we intended.

We should evaluate our progress towards our priorities since November 2002 and prior years, and assess honestly if we are on a path that is likely to yield results. If we are not, we should follow our own advice, "admit that we have failed," and "try another method." Our leaders need to define their vision, and have the power and means to effect it.

TAKEAWAYS

Research Review 11/02

*Analysis as an instrument of enlightenment and civilization is good, in so far as it shatters absurd convictions, acts as a solvent upon natural prejudices, and undermines authority; good, in other words, in that it sets free, refines, humanizes... But it is bad, very bad, in so far as it stands in the way of action, cannot shape the vital forces, maims life at its roots. Analysis can be a very unappetizing affair.* (Thomas Mann)

*Take a method and try it. If it fails, admit it frankly, and try another. But by all means, try something.* (Franklin D. Roosevelt)

**KEY PRIORITIES:**

- RESEARCH:
  - TOP DOWN:
    - More quality, less noise
    - Greater breadth of coverage
    - Longer tenure on assignments with ongoing opportunities for change & advancement
  - BOTTOMS-UP:
    - Continued acceleration of pm involvement in research
    - Improvements in time use:
      - More analysis, less reporting
      - More investment dialogue, less fact-shuffling
    - Leveraging our size
- MANAGEMENT:
  - Communication
  - Continued provision of excellent resources, with more proactive matching to needs
  - Clarity and consistency of performance measurement & decisionmaking
  - More differentiation of rewards for great performance – both $$ and opportunity

THIS IS THE TIME TO REALLY WIDEN THE GAP VS. OUR COMPETITION – THE TIME TO PROVE THAT WE ARE DOING THE BEST WORK, AND THE MOST WORK, ON BEHALF OF OUR SHAREHOLDERS.

## This Is My Stand: I Renounce the PM Survey

The PM survey in its current form and implementation destroys value by giving PM's false confidence in their ability to differentiate and capture value from analysts, and by disguising analyst evaluations for all but outliers and our least-experienced analysts as meaningful. The survey exists because each of us, analyst and PM alike, agrees to participate in it. To continue to participate in it when it harms shareholders is to endorse its use. We must strengthen significantly the alignment between our incentives and shareholder value. <u>In</u>

light of the evidence of tangible harm that the PM survey in its current form does to shareholders, I can no longer in good conscience acquiesce to the use of the PM survey on my behalf, and I renounce my allegiance to it completely.

Beyond an initial period of evaluation that is administered by an empowered DOR, a 360-degree peer survey that is of equal importance to all its participants can be useful to elevate corporate values, but the PM survey as it is currently applied is not that. Our lack of an approved substitute cannot be sufficient reason to enslave ourselves to a process which we know destroys shareholder value; we must trust our leaders to formulate an evaluation process that benefits shareholders, and respect our leaders enough to hold them to this minimal standard.

If you were inclined to rate me favorably, I ask that you instead abstain, and, if you agree with my stance, I ask you to consider abstaining for all who are beyond an initial period of evaluation. If you and I have agreed that you will evaluate me based on the performance of a specific recommendation over a specific timeframe (which agreements have all since inured to my benefit), I ask that you convert your pledge to rate me a '1' to a pledge to abstain from providing any rating on my behalf.

I recognize the inherent difficulty of my request, but ask PM's to look beyond what they may perceive to be in their own self-interest: our current hierarchy does little to help those PM's who consistently perform well, while institutionalizing in perpetuity the authority and consumption of resources of those who consistently do not. By elevating the level of noise in our department until it is indistinguishable from the din of the Street, the PM survey harms all. Amid clear evidence that the PM survey harms shareholders, each of us who agrees to participate in its use agrees to endorse and bear responsibility for its outcome. In a vacuum, a few working in unison constructively can make a big difference. It requires only a few of us now to choose, declare, and enact this stand to move us towards "option 2".

*Please place the attached symbol outside your office if you are willing to take this stand with me or express your support for the abolition of the PM survey in its current form in favor of evaluation tools that demonstrably benefit shareholders.*

### Suggestions for Redesigning FMR

The most important thing we can do is eliminate the destructive hierarchy between PM's and analysts. A PM is not a fattened *frois grois* goose, force-fed with a funnel down its throat and feet nailed to a board. When PM's vote for analysts in much the same way they vote for the Street, it should not surprise us that each resource provides similar information that is often undifferentiable in value, and that each consumes vast amounts of our limited time that we desperately need for more constructive dialogue.

Our hierarchy induces analysts to seek shorter rotations, reducing our chances of being right at critical inflection points which by definition are the most difficult to discern correctly and which hold the most potential for gain or loss; unnecessarily pressures us to create more PM positions, in turn increasing the challenges our remaining analysts face, and moving their evaluations further towards consensus; wastes enormous amounts of time and energy spent creating and responding to the duplicative dissemination of research ideas that are increasingly necessary to gain sufficient notice above our noisy department; promotes the purely subjective evaluation of analysts; crowds out thoughtful, in-depth knowledge sharing; breeds discontent in an industry that attracts us in part because of its ability to provide unbiased, objective feedback; and ultimately excludes from our organization those who may generate outstanding shareholder value as analysts, but who may wish to remain analysts or be undifferentiated as PM's.

### We Should Organize Ourselves Around Our Purpose

As some PM's have implied to me in their comments on the PM survey, the most compelling thesis reduces to a few simple yet powerful points. IEG appears to have organized itself around this principle, and we should be able to do the same over a comparable period and with similar results. Because our tendency when looking forward has been to anchor ourselves in our current condition, we may need external help.

*(I would be happy to share my specific suggestions concerning analyst/PM communication, research value capture, analyst rotations, industry transitions, industry tenure, PM training, metrics, and compensation with anyone who is interested.)*

*elity's Size*
- Some portion of the recent performance degradation may be explained by the increased speed with which ratings lose their predictive value.
- Because of our size, even the largest cap stocks are not immune to concerns about liquidity.
- There is an increasing disconnect between analysts' research and the implementation of ideas at the portfolio level.
- It is unlikely that fresher ratings alone, therefore, are enough to improve portfolio performance.

*Maximizing the Value of Fidelity Equity Research, September 1996*

> "[Our] two key points [in 2005 represent] no change: help portfolio managers find ideas, and grow future portfolio managers."
> —John McDowell, *Management Update*, FMR Co
> Pre-Directors Meeting, 12/14/04

> "The times, they are a-changin'"
> —Bob Dylan, 1964

Today's dialogue provides more opportunity for improvement than we've had in the past eighty days. Will we improve significantly over the next eight years? If the possible answers are "yes" and "no", which would be more surprising? <u>Our challenge, our opportunity, and our imperative is to resolve that Bob Dylan's refrain reflects in earnest our forward path, rather than another iteration of an unchanging strategy.</u>

\* \* \*