**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

------------------------------------- x
                                      )
JONATHAN M. ZANG,                     )
                                      )
                Plaintiff,            )
                                      )
     v.                               )   No. 08-CV-10758 DPW
                                      )
FIDELITY MANAGEMENT & RESEARCH        )
COMPANY, FMR CO. INC., and FMR LLC f/k/a/ FMR )
CORP.,                                )
                Defendants.           )
                                      )
                                      )
------------------------------------- x

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS AND/OR REMAND

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Fidelity Management & Research Company, FMR Co., Inc., and FMR LLC (collectively "Fidelity"), respectfully move (a) to dismiss Zang's Sarbanes-Oxley claim (Count I) or, alternatively, to remand that claim to the Department of Labor's Administrative Review Board; and (b) to dismiss Zang's common law wrongful discharge claim (Count II). The reasons for this motion are set forth in the accompanying memorandum.

### REQUEST FOR ORAL ARGUMENT

Fidelity respectfully requests that the Court schedule and conduct an oral argument of this motion.

Dated: June 6, 2008

Respectfully submitted,
FIDELITY MANAGEMENT & RESEARCH
COMPANY, FMR CO. INC., and FMR LLC,

By their attorneys,

/s/ Wilfred J. Benoit
Wilfred J. Benoit, Jr. (BBO #037900)
Ethan Z. Davis (BBO #668973)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000
wbenoit@goodwinprocter.com
edavis@goodwinprocter.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Wilfred J. Benoit, Jr., certify pursuant to Local Rule 7.1(a)(2) that counsel for defendants conferred in good faith with counsel for the plaintiff regarding the Motion to Dismiss, and that counsel for the parties have been unable to resolve or narrow the dispute.

/s/ Wilfred J. Benoit

## CERTIFICATE OF SERVICE

I, Wilfred J. Benoit, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 6, 2008.

/s/ Wilfred J. Benoit