## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    )

JONATHAN M. ZANG,                     )

                          Plaintiff,      )

                 v.                    )    No. 08-CV-10758 DPW

FIDELITY MANAGEMENT & RESEARCH    )
COMPANY, FMR CO., INC., and FMR LLC f/k/a/ FMR  )
CORP.,                                          )
                        Defendants.      )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### UNOPPOSED MOTION FOR LEAVE TO
### FILE RECENT SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1(b)(1), defendants Fidelity Management & Research Company, FMR Co., Inc., and FMR LLC (collectively "Fidelity") respectfully move this Court for leave to file recent supplemental authority relevant to Defendants' Motion to Dismiss And/Or Remand.

On December 3, 2008, the U.S. Court of Appeals for the Fourth Circuit affirmed the Department of Labor Administrative Review Board's dismissal of a Sarbanes-Oxley ("SOX") whistleblower claim because the plaintiff failed to allege reports to management that "definitively and specifically" related to one of the six categories of violations listed in 18 U.S.C. § 1514A(a)(1). *Platone v. United States Department of Labor*, No. 07-1635, at 7, 9 (4th Cir. Dec. 3, 2008) (attached hereto). The Fourth Circuit found that although the plaintiff "alerted . . . management to a billing discrepancy," such a "billing discrepancy, without more, does not equal fraud, and Platone failed to identify to [the defendant] why she believed the actions related to the

discrepancies would violate the securities laws and constitute a fraud." *Id*. at 8.  Because "[t]he first time Platone made an actual allegation of fraud was in her OSHA complaint," she "did not sufficiently articulate her fraud theory to [the defendant]." *Id.*

This decision is relevant to pages 12-15 of Fidelity's memorandum in support of their Motion to Dismiss and/or Remand, which cites to the Administrative Review Board's decision in *Platone v. FLYi, Inc.*, ARB Case No. 04-154, 2006 WL 3246910 (ARB Sept. 29, 2006), and explains that plaintiff's alleged protected activity failed to definitively and specifically relate to an SEC rule or violation, or a federal law pertaining to shareholder fraud.

Dated: December 11, 2008

Respectfully submitted,

FIDELITY MANAGEMENT & RESEARCH COMPANY,  FMR CO. INC., and FMR LLC,

By their attorneys,

/s/ Wilfred J. Benoit
Wilfred J. Benoit, Jr.  (BBO #037900)
Ethan Z. Davis (BBO #668973)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000
wbenoit@goodwinprocter.com
edavis@goodwinprocter.com

**LOCAL RULE 7.1(A)(2) CERTIFICATE**
**AND CERTIFICATE OF SERVICE**

I, Wilfred J. Benoit, Jr., certify pursuant to Local Rule 7.1(a)(2) that counsel for defendants conferred in good faith with counsel for the plaintiff regarding the relief sought herein, and that counsel for the plaintiff does not oppose the motion.  The undersigned counsel further certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September December 11, 2008.

.

/s/ Wilfred J. Benoit