UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  )
JONATHAN M. ZANG,                                 )
                                                  )
                              Plaintiff,          )
                                                  )
              v.                                  )   No. 08-CV-10758 DPW
                                                  )
FIDELITY MANAGEMENT & RESEARCH                    )
COMPANY, FMR CO., INC., and FMR LLC f/k/a/ FMR    )
CORP.,                                            )
                              Defendants.         )
                                                  )
                                                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL AUTHORITY RELEVANT TO
DEFENDANTS' MOTION TO DISMISS AND/OR REMAND:
<u>LEAVE TO FILE GRANTED ON JANUARY 7, 2009</u>**

Pursuant to the Court's order, dated January 7, 2009, granting the Unopposed Motion For Leave To File Recent Supplemental Authority, defendants Fidelity Management & Research Company, FMR Co., Inc., and FMR LLC (collectively "Fidelity") respectfully submit a copy of the recent Fourth Circuit decision, *Platone v. United States Department of Labor*, No. 07-1635, at 7, 9 (4th Cir. Dec. 3, 2008) (attached hereto).  This decision is relevant to pages 12-15 of Fidelity's memorandum in support of their Motion to Dismiss and/or Remand, which cites to the Administrative Review Board's decision in *Platone v. FLYi, Inc.*, ARB Case No. 04-154, 2006 WL 3246910 (ARB Sept. 29, 2006), and explains that plaintiff's alleged protected activity failed to definitively and specifically relate to an SEC rule or violation, or a federal law pertaining to shareholder fraud.

| | |
|---|---|
| Dated: January 7, 2009 | Respectfully submitted, |
| | FIDELITY MANAGEMENT & RESEARCH COMPANY,  FMR CO. INC., and FMR LLC, |
| | By their attorneys, |
| | /s/ Ethan Z. Davis<br>Wilfred J. Benoit, Jr.  (BBO #037900)<br>Ethan Z. Davis (BBO #668973)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000<br>wbenoit@goodwinprocter.com<br>edavis@goodwinprocter.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Ethan Z. Davis, certify pursuant to Local Rule 7.1(a)(2) that counsel for defendants conferred in good faith with counsel for the plaintiff regarding the relief sought herein, and that counsel for the plaintiff does not oppose the motion.  The undersigned counsel further certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Ethan Z. Davis