# United States Court of Appeals
## For the First Circuit

No. 10-1944

JACKIE HOSANG LAWSON, ET AL.

Respondents

v.

FMR LLC, d/b/a Fidelity Investments, ET AL.

Petitioners

Before

Torruella, Lipez and Thompson,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  October 25, 2010

      The parties' cross-petitions for interlocutory appeal pursuant to 28 U.S.C. §1242(b) are granted.  The Clerk is directed to docket this appeal and set a briefing schedule in the normal course.  The case will now proceed under appeal number **10-2240**.

      By the Court:
      <u>/s/ Margaret Carter, Clerk</u>

cc:
Indira Talwani
Jonathan M. Zang
Wilfred J. Benoit, Jr.
Paul E. Nemser
Eugene Scalia
Jennifer J. Schulp
Wendy Corrine Butler
Robin S. Conrad
Willis J. Goldsmith
Shane B. Kawka
Nicholas J. Rosenberg