# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 2, 2012

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Jackie Hosang Lawson and Jonathan M. Zang
          v. FMR LLC, et al.
          No. 12-3
          (Your No. 10-2240)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on June 28, 2012 and placed on the docket July 2, 2012 as No. 12-3.

          Sincerely,

          **William K. Suter**, Clerk

          by

          Gail Johnson
          Case Analyst