# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 20, 2013

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Jackie Hosang Lawson and Jonathan M. Zang
           v. FMR LLC, et al.
           No. 12-3
           (Your No. 10-2240)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk