OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Margaret Carter
CLERK

UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

September 16, 2013

Rob Farrell
US District Court of Massachusetts
1 Courthouse Way
Boston, MA 02210

**Re: 10-2240, Lawson v. FMR Co., Inc.**
**1:08-CV-10466-DPW, 1:08-CV-10758-DPW**

Dear Clerk Farrell:

      Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case.

      Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

      Thank you for your cooperation.

Sincerely,

Dennis O'Leary
Case Manager Supervisor
U.S. Court of Appeals
for the First Circuit
(617) 748-9067

Enclosure

cc:
Wilfred J. Benoit, Jr.
Wendy C. Butler
Robin Conrad
Willis J. Goldsmith
Richard Humes
Thomas J. Karr
Shane B. Kawka
Paul E. Nemser
Jonathan Rees
Mary J. Rieser
Nicholas J. Rosenberg
Eugene Scalia
Patricia M. Smith
Indira Talwani
Jonathan Zang