**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JONATHAN M. ZANG,<br><br>       Plaintiff,<br><br>   v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, FMR CO., INC. and FMR LLC, f/k/a FMR CORP.,<br><br>       Defendants. | Civ. Action No. 08-10758-DPW |

**JOINT STATUS REPORT**

Plaintiff Jonathan M. Zang ("Zang") and Defendants Fidelity Management & Research Company, FMR Co., Inc., and FMR LLC, f/k/a FMR Corp. (together, "Defendants" or "Fidelity") hereby respectfully submit this Joint Status Report to bring to the attention of the Court that the parties have reached a preliminary settlement agreement resolving all claims between them. The parties are in the process of finalizing the settlement agreement and will file with the Court a Stipulation of Dismissal once the parties have a fully executed settlement agreement. In anticipation of finalizing the terms of the settlement agreement, the parties feel that the Status Conference currently scheduled for October 9, 2014 is unnecessary and respectfully request that it be adjourned for thirty (30) days to provide the parties sufficient time to finalize their settlement agreement.

Respectfully submitted,

| | |
|---|---|
| JONATHAN M. ZANG | FIDELITY MANAGEMENT & RESEARCH COMPANY, FMR CO., INC. and FMR LLC, f/k/a FMR CORP., |
| /s/ Jonathan M. Zang<br>Jonathan M. Zang, *pro se*<br>41 Phillips Street, Apt. 2<br>Boston, MA  02114<br>mail@jonathanzang.com<br>Tel.: 617-723-6536 | By their attorneys,<br><br>/s/ Yvonne W. Chan<br>Wilfred J. Benoit, Jr. (BBO# 037900)<br>Joseph F. Savage, Jr. (BBO# 443030)<br>Yvonne W. Chan (BBO# 669223)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Tel.: 617-570-1000<br>Fax: 617-523-1231<br>wbenoit@goodwinprocter.com<br>jsavage@goodwinprocter.com<br>ychan@goodwinprocter.com |

Dated: October 3, 2014

## CERTIFICATE OF SERVICE

I, Yvonne W. Chan, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on October 3, 2014.

/s/ Yvonne W. Chan