UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN ZANG,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, FMR CO., INC. and FMR LLC, f/k/a FMR CORP.,<br><br>Defendants. | Civ. Action No. 08-10758-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate that said action, including all claims, counterclaims and cross-claims, is dismissed with prejudice and without costs.

Respectfully submitted,

JONATHAN M. ZANG

*[signature]*
Jonathan M. Zang, *pro se*
41 Phillips Street, Apt. 2
Boston, MA 02114
mail@jonathanzang.com
Tel.: 617-723-6536

FIDELITY MANAGEMENT & RESEARCH
COMPANY, FMR CO., INC. and FMR LLC,
f/k/a FMR CORP.,

By their attorneys,

*[signature]*
Wilfred J. Benoit, Jr. (BBO# 037900)
Joseph F. Savage, Jr. (BBO# 443030)
Yvonne W. Chan (BBO# 669223)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231
wbenoit@goodwinprocter.com

jsavage@goodwinprocter.com
ychan@goodwinprocter.com

Dated: Oct 28, 2014

## CERTIFICATE OF SERVICE

I, Yvonne W. Chan, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on October 28, 2014.

ACTIVE/78241424.2